August 27, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

FELIX A. AUZ, Appellant

NO. 14-13-00989-CV                    V.

MARIO CISNEROS, Appellee

_____

This cause, an appeal from the judgment in favor of appellee Mario Cisneros signed on October 7, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order that the portions of the judgment that address appellee Mario Cisneros's request for reasonable and necessary attorney's fees and that award appellee Mario Cisneros attorney's fees are **REVERSED** and the case is **REMANDED** for proceedings in accordance with this court's opinion. Further, we find no error in the remainder of the judgment and order it **AFFIRMED**. For good cause, we order appellant Felix A. Auz and appellee Mario Cisneros each to pay one-half of all costs incurred in this appeal. We further order this decision certified below for observance.